IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DESTIN CONNER )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CHARLIE ANDREWS, )<br>)<br>Defendant. ) | CIV. ACT. NO. 1:21-cv-112-TFM-MU |

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered on October 5, 2021 (Doc. 16), Plaintiff was granted leave to file an amended complaint to identify the proper defendant. The amended complaint was due on or before November 1, 2021. No such pleading has been filed to date. Therefore, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the case against Defendant Charlie Andrews is **DISMISSED with prejudice** while any claims potentially asserted against other defendants would be dismissed without prejudice.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 15th day of November, 2021.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE